**Order entered July 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00442-CR

### ROCKY MORRIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-01315-U**

## ORDER

This appeal follows the trial court's findings pursuant to article 64.04 of the Texas Code of Criminal Procedure regarding the results of the post-conviction DNA testing conducted in the case. The clerk's record has been filed, but no reporter's record has been filed.

Accordingly, the Court **ORDERS** Peri Stromberg, official court reporter of the 291st Judicial District Court to file, within **THIRTY DAYS** of the date of this order, either the reporter's record or written verification that no hearings were conducted regarding appellant's motion for post-conviction DNA testing.

We **ORDER** appellant to file his brief within **SIXTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Stromberg, Official Court Reporter, 291st Judicial District Court, and to Michael Casillas, Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Rocky Morris, No. 12076456, Dallas County Jail, P.O. Box 660334, Dallas, TX 75266-0334.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE